# SUPPLEMENTAL MINUTE BOOK
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

Court convened at 2:55 p.m. on April 24, 2019, and recessed at 3:05 p.m.

PRESENT: Mark L. Hornsby, Magistrate Judge, Presiding
Jill Keller, Minute Clerk
Recorded: Liberty Court Recorder CR3
Time in Court: 10 minutes

**5:18-SM-00014 GRAND JURY REPORT**

_X_ Partial Report
_X_ Warrants/summons ordered issued as indicated.

OPEN INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 3:19-cr-00141-01* | X | |
| 3:19-cr-00142-01* | X | |
| 5:19-cr-00143-01* | X | |
| 5:19-cr-00144-01*** | X/WRIT | |

SEALED INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 5:19-cr-00145-01 | X | |
| 5:19-cr-00146-01 | X | |
| 5:19-cr-00147-01 | X | |
| 5:19-cr-00148-01 | X | |

_*_ In Federal Custody
_**_ Superseding Indictment
_***_ State Custody