RECEIVED
MAY 01 2019
TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 19-144-01** |
| **VERSUS** | **CHIEF JUDGE S. MAURICE HICKS, JR.** |
| **DEANDRAY CHARLES GRANT** | **MAGISTRATE JUDGE HORNSBY** |

**ORDER APPOINTING PANEL ATTORNEY**

On the basis of the evidence in the record of the defendant's financial condition, the Court determines that the defendant is financially unable to employ counsel.

**IT IS HEREBY ORDERED** that SARAH GIGLIO, is hereby appointed from the CJA panel to represent defendant in this matter.

**Appointment Date:** 5/1/2019 **Nunc Pro Tunc Date:**

THUS DONE in Chambers on this 1st day of May, 2019.

**MARK L. HORNSBY**
**UNITED STATES MAGISTRATE JUDGE**