**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 5:19-CR-00144-01** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **DEANDRAY CHARLES GRANT (01)** | **MAGISTRATE JUDGE HORNSBY** |

**MINUTES OF COURT:**
**Initial Appearance and Arraignment**

| | | | |
|---|---|---|---|
| Date: | May 02, 2019 | Presiding: Magistrate Judge Mark L. Hornsby | |
| Court Opened: | 2:15 p.m. | Courtroom Deputy: | Jill Keller |
| Court Adjourned: | 2:35 p.m. | Court Reporter: | LCR |
| Statistical Time: | 0:20 | Courtroom: | CR3 |

**APPEARANCES**

| | | |
|---|---|---|
| John Aaron Crawford (AUSA) | For | United States of America |
| Sarah Russell Giglio (CJA) | For | Deandray Charles Grant (01), Defendant |
| Deandray Charles Grant (01), Defendant | | |

**PROCEEDINGS**

**PRIOR TO COURT OPENING:**

Judge Hornsby met with counsel prior to the hearing to discuss scheduling.

**INITIAL APPEARANCE AND COUNSEL on Indictment:**

The defendant admitted his identity and was advised of the charge and of his constitutional rights.

Based on the evidence presented at the hearing, the court finds that the defendant does not have the financial resources to retain counsel; therefore, the court granted Defendant's oral motion for appointment of counsel. The Office of the Federal Public Defender is appointed to represent the defendant or to recommend counsel to represent the defendant in all further proceedings.

The court confirmed Sarah Russell Giglio as appointed counsel through the Office of the Federal Public Defender for defendant.

**ARRAIGNMENT:**

The defendant waived reading of the indictment and entered a plea of not guilty to all counts in which the defendant is named.

The court granted the defendant's oral motion for Rule 16 Discovery and the government's oral motion for reciprocal Rule 16 Discovery.

**DEADLINE FOR MOTIONS: May 31, 2019**

**STATUS CONFERENCE: June 20, 2019** at **2:30 p.m.** in chambers of Magistrate Judge Mark L. Hornsby.

**BOND DETERMINATION / DETENTION HEARING:**

Defendant did not contest the government's oral motion for detention at this time and reserved his right to a detention hearing if his circumstances change. A written order of detention is filed herewith.