| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CASE NO. 5:19-CR-00144-01** |
| | **:** | |
| **V.** | **:** | **JUDGE HICKS** |
| | **:** | |
| **DEANDRAY CHARLES GRANT** | **:** | **MAGISTRATE JUDGE HORNSBY** |

**MOTION TO CONTINUE MOTIONS DEADLINE**

NOW INTO COURT, comes counsel for Defendant, Deandray Grant, who hereby requests an extension of time to file motions in the present case.

1.

On May 2, 2019, at Defendant's initial appearance and arraignment, the Assistant United States Attorney tendered limited discovery to Defense counsel.

2.

Upon counsel's review of that discovery, she determined that several additional items were necessary before coming to a resolution or determining what motions, if any, are appropriate in this case.

3.

Defense counsel and AUSA Crawford have been in communication about the need for these items, and he is gathering them from the case agent.

4.

As a result, Defense counsel hereby requests an extension of time to file any necessary motions, once she has had time to review additional discovery.

5.

Defense counsel has spoken with AUSA Aaron Crawford who has no opposition to this motion.

WHEREFORE, Defendant prays that the Court issue an order granting the relief requested herein.

Respectfully submitted,

**GILMER & GIGLIO, LLC**

/S/ SARAH R. GIGLIO
**SARAH R. GIGLIO**
**LOUISIANA BAR NUMBER 36272**
3541 YOUREE DRIVE
SHREVEPORT, LOUISIANA 71105
318-459-9111 (TEL)
318-602-4716 (FAX)
EMAIL: SARAH@GILMERGIGLIO.COM

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been forwarded to all Counsel by ECF this date of May 31, 2019.

**GILMER & GIGLIO, LLC**

/S/ SARAH R. GIGLIO
**SARAH R. GIGLIO**
**LOUISIANA BAR NUMBER 36272**
3541 YOUREE DRIVE
SHREVEPORT, LOUISIANA 71105
318-459-9111 (TEL)
318-602-4716 (FAX)
EMAIL: SARAH@GILMERGIGLIO.COM