| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CASE NO. 5:19-CR-00144-01** |
| | **:** | |
| **V.** | **:** | **JUDGE HICKS** |
| | **:** | |
| **DEANDRAY CHARLES GRANT** | **:** | **MAGISTRATE JUDGE HORNSBY** |

**ORDER**

Considering the foregoing Motion to Extend Motions Deadline filed by Defendant, it is ordered that the motions deadline be extended to ______________________________2019

Done and signed this ____________ day of _____________________, 2019.

_________________________________
**JUDGE**