| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 5:19-CR-00144-01** |
| | : | |
| **V.** | : | **JUDGE HICKS** |
| | : | |
| **DEANDRAY CHARLES GRANT** | : | **MAGISTRATE JUDGE HORNSBY** |

**ORDER**

Considering the foregoing Motion to Extend Motions Deadline filed by Defendant, it is ordered that the motions deadline be extended to June 17 2019 Any further extension can be discussed at the June 20 conference.

Done and signed this 3rd day of June, 2019.

**JUDGE**