**SUPPLEMENTAL MINUTE BOOK**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

Court convened at 1:00 p.m. on July 24, 2019, and recessed at 1:13 p.m.

PRESENT: Mark L. Hornsby, Magistrate Judge, Presiding
Jill Keller, Minute Clerk
Recorded: Liberty Court Recorder CR3
Time in Court: 13 minutes

**5:18-SM-00014 GRAND JURY REPORT**

_X_ Partial Report
_X_ Warrants/summons ordered issued as indicated.

OPEN INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 3:19-cr-00029-01** | X | |
| 3:19-cr-00174-01** | X/WRIT | |
| 5:18-cr-00323-01** | X | |
| 5:18-cr-00334-01** | | X |
| 5:19-cr-00028-01** | X | |
| 5:19-cr-00071-01** | X | |
| 5:19-cr-00144-01** | X | |
| 5:19-cr-00146-01** | X/WRIT | |
| 5:19-cr-00172-01** | X | |
| 5:19-cr-00229-01* | X | |
| 5:19-cr-00230-01* | X | |
| 5:19-cr-00231-01*** | X/WRIT | |

SEALED INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 5:18-cr-00197-01** | X | |

_*_ In Federal Custody
_**_ Superseding Indictment
_***_ State Custody