UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | 5:19-CR-00144-01 |
| VERSUS | * | CHIEF JUDGE HICKS |
| DEANDRAY CHARLES GRANT | * | MAGISTRATE JUDGE HORNSBY |

**UNITED STATES' LIST OF FORESEEABLE ISSUES**
**<u>TRIAL DATE: September 9, 2019</u>**

NOW INTO COURT, through the undersigned Assistant United States Attorney, comes the United States of America, which respectfully provides this list of foreseeable issues:

1.

As of this date, the defendant has not yet accepted the plea offer made by the government. The Government requests that before commencement of the trial, the Court confirm with the Defendant that he is aware of the previously communicated plea offer and he has chosen to decline it. *See Lafler v. Cooper*, 132 S.Ct. 1376 (2012).

2.

The Government anticipates that it will take approximately 1 to 2 days to present its case-in-chief.

3.

The Government has provided Rule 16 discovery to Defendant. The Defendant has not produced any reciprocal discovery to the Government to date. The

Government is willing to enter into stipulations of fact and exhibits where the parties are able to agree.

4.

The defendant made admissions to Shreveport Police Department officers and Greenwood Police Department. (Federal Rules of Evidence Art. 802(d)(2)). All reports have been given to the defendant.

The defendant has prior convictions that the Government intends to use during its case-in-chief and pursuant to Federal Rule of Evidence Art. 609. The defendant was convicted of two counts of Simple Burglary in April 2014 in Caddo Parish; Possession with the Intent to Distribute Marijuana in August 2013 in Caddo Parish; and Possession of Marijuana- 3rd Offense in May 2014.

5.

The Government will provide *Giglio* and Jencks Act material, if any, to the defendant the Friday before the beginning of trial.

6.

During trial, the Government will call two witnesses it will seek to qualify as expert witnesses. First, the Government will call a qualified expert with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"). The ATF witness is an expert in the field of Interstate Nexus for Firearms. The Government has provided his report, and will provide his curriculum vitae to the defendant.

Second, the Government will call an expert witness in the field of fingerprint analysis from the FBI to establish the prints for the prior convictions are the same as

the defendant. The Government will provide the name and curriculum vitae to the defendant before the pre-trial conference on August 12, 2019.

7.

The Government will notify the Court and counsel for Defendant if any other foreseeable issues arise.

WHEREFORE, the United States prays that this list of foreseeable issues be found acceptable.

Respectfully,

DAVID C. JOSEPH
United States Attorney

s/ *J. Aaron Crawford*

BY: J. Aaron Crawford (LA Bar No. 31682)
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101
(318) 676-3600
(318) 676-3663 (fax)