UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | 5:19-CR-00144-01 |
| VERSUS | * | CHIEF JUDGE HICKS |
| DEANDRAY CHARLES GRANT | * | MAGISTRATE JUDGE HORNSBY |

**UNITED STATES' PROPOSED VOIR DIRE**
**<u>TRIAL DATE: September 9, 2019</u>**

NOW INTO COURT, through the undersigned Assistant United States Attorneys, comes the United States of America, which respectfully provides the following proposed questions for *voir dire* in addition to the Court's standard *voir dire* questions:

1. Do you believe the Government, whether it be Federal or State, should have no involvement in regulating firearms?

2. Do you have any objection to laws prohibiting certain individuals from possessing firearms?

3. Is there anything in your background or experience that would cause you to view the U.S. government unfavorably?

4. Potential witnesses in this case are employed by the Alcohol, Tobacco, and Firearms Agency (ATF), Greenwood Police Department and the Shreveport Police Department. Do you have any strong personal feelings for or against those agencies for whatever reason?

The Government reserves its right to pose additional *voir dire* jury questions to prospective jurors based on responses generated from the Court's *voir dire* questions and the proposed questions above.

Respectfully,

DAVID C. JOSEPH
United States Attorney

s/ *J. Aaron Crawford*

BY: J. Aaron Crawford (LA. Bar No. 31682)
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101
(318) 676-3600
(318) 676-3663 (Fax)