UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | 5:19-CR-00144-01 |
| VERSUS | * | CHIEF JUDGE HICKS |
| DEANDRAY CHARLES GRANT | * | MAGISTRATE JUDGE HORNSBY |

**UNITED STATES' REQUESTED JURY INSTRUCTIONS**
**TRIAL DATE: September 9, 2019**

NOW INTO COURT, through the undersigned Assistant United States Attorney, comes the United States of America, which respectfully requests the following jury instructions:

1.

The Government requests the following list of jury instructions from the Fifth Circuit Pattern Jury Instructions, Criminal, 2015 Edition:

**Nos. 1.01** (Preliminary Instructions); **1.03** (Introduction to Final Instructions); **1.04** (Duty to Follow Instructions)*;* **1.05** (Presumption of Innocence, Burden of Proof, Reasonable Doubt); **1.06** (Evidence- Excluding What is Not Evidence); **1.07** (Alternative B) (Evidence- Inferences- Direct and Circumstantial); **1.08** (Credibility of Witnesses); **1.11** (Impeachment by a Prior Conviction- Defendant's Testimony); **1.12** (Impeachment by a Prior Conviction- Witness other than Defendant); Government's Proposed Substantive Offense Instructions (see below); **1.17** (Expert Opinion Testimony); **1.18** (On or About); **1.19** (Caution- Consider Only Crime Charged); **1.20** (Caution- Punishment); **1.24** (Duty to Deliberate- Verdict Form); **1.26**

(Confession-Statement-Single Defendant); **1.29** (Identification Testimony); **1.**30 (Similar Acts); 1**.31** (Possession); **1.37** ("Knowingly" – To Act); **1.39** (Interstate Commerce), **1.41** (Commerce)

2.

The Government requests that the Court use the proposed instruction below for the substantive offense in this case:

**2.43D** (Possession of a Firearm by a Convicted Felon).

3.

The Government respectfully requests the opportunity to file additional instructions should they become necessary.

Respectfully submitted,

DAVID C. JOSEPH
United States Attorney

By: *s/J. Aaron Crawford*

J. Aaron Crawford (LA Bar No. 31682)
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101-3068
(318) 676-3600 - Office
(318) 676-3663 – Fax