| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 5:19-CR-00144-01** |
| | : | |
| **V.** | : | **JUDGE HICKS** |
| | : | |
| **DEANDRAY CHARLES GRANT** | : | **MAGISTRATE JUDGE HORNSBY** |

**DEFENDANT'S PROPOSED VOIR DIRE**

NOW INTO COURT, comes counsel for Defendant, Deandray Grant, who respectfully provides the following proposed *voir dire* questions in addition to the Court's standard *voir dire* questions:

1. Have you or anyone close to you had a bad experience involving firearms?
2. How many of you feel like police or law enforcement testimony is more reliable than testimony from others?
3. The government might present evidence that Mr. Grant has been convicted of a felony. How many of you feel that his prior charge(s) make him more likely to have possessed a gun in this case?
4. How many of you have participated in the last five years in any type of crime prevention or neighborhood watch organizations?
5. The U.S. government has the burden of proof in this case—beyond a reasonable doubt. Will anyone have trouble holding the government to that burden?

6. Mr. Grant is presumed innocent and has no burden of proof in this case. He may or may not call witnesses. Would any of you here only be able to acquit Mr. Grant if he testified or presented a case?
7. Do any of you feel like you would tend to go along with the majority of jurors in deliberations even if you did not agree, just because you were in the minority?

Defendant reserves his right to pose additional *voir dire* questions to prospective jurors based on the venire's responses to the above-listed questions and the Court's questioning.

**GILMER & GIGLIO, LLC**

/S/ SARAH R. GIGLIO
**SARAH R. GIGLIO**
**LOUISIANA BAR NUMBER 36272**
3541 YOUREE DRIVE
SHREVEPORT, LOUISIANA 71105
318-459-9111 (TEL)
318-602-4716 (FAX)
EMAIL: SARAH@GILMERGIGLIO.COM