**MINUTES [00:45]**
**AUGUST 12, 2019**
**JUDGE S. MAURICE HICKS, JR.**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 19-00144-01 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| DEANDRAY CHARLES GRANT | MAGISTRATE JUDGE HORNSBY |

The Court held a pretrial conference on August 12, 2019 at 2:00 p.m. in the above-captioned matter. Aaron Crawford participated on behalf of the Government. Sarah Giglio participated on behalf of Defendant Deandray Charles Grant. Mac Zentner is the law clerk assigned to this matter and any further questions relating to this trial should be directed to him.

Jury trial in this matter is currently set for **Monday, September 9, 2019**. The trial will be held at the Tom Stagg United States Court House, Shreveport, Louisiana in Courtroom One. The trial is expected to last two days.

The Court will conduct the entirety of the voir dire. Defendant will receive ten (10) peremptory strikes and the United States will receive six (6). Each side will receive one additional strike to be used on the alternate jurors. A total of twelve (12) jurors and two (2) alternates will be selected. The parties will be given fifteen (15) minutes to make their opening statements.

Courtesy copies shall include an electronic version. The electronic copy shall be e-mailed to motions_hicks@lawd.uscourts.gov. All electronic submissions must be in Word format.

The Government is directed to provide the Court and counsel for Defendant with curriculum vitaes of the expert witnesses it intends to call at trial by **Friday, August 30, 2019**. Additionally, if the Government intends to introduce Rule 404(b) evidence at trial, it shall file the proper notice no later than **Friday, August 30, 2019**. Further, any motions *in limine* shall also be filed by **Friday, August 30, 2019**.

Counsel are ordered to continue working towards stipulations. The Government shall produce Brady/Giglio and Jencks Act material to the defense the Friday before trial commences.

**PRE-TRIAL DEADLINES:**

**Friday, August 30, 2019**

1. Stipulations shall be filed.

2. Objections to specific proposed jury instructions and/or proposed voir dire questions shall be filed.

3. Joint neutral statement to be read to the jury shall be submitted to Chambers.

4. Proposed jury verdict form shall be filed.

**Monday, September 2, 2019**

5. Witness list and glossary of all names and unusual terms shall be submitted to the court reporter, **Marie Runyon (Room 4212)**. Real-time is available by arrangement with Mrs. Runyon, who may be contacted at 318-934-4756.

6. Submit CD-ROM containing the exhibits to Denise McDonnell. Submit a PDF version of all exhibits to Denise McDonnell.

**Friday, September 6, 2019**

7. No later than **noon**, counsel shall submit one paper copy of trial exhibits/exhibit list to Chambers. The paper copy shall be in a three-ring binder, with each exhibit separated by a

numbered tab. A copy of the exhibit list shall be e-mailed in Word format to motions_hicks@lawd.uscourts.gov.

8. Counsel shall submit to Chambers and exchange any charts and/or diagrams to be used at trial.

9. No later than **noon**, counsel shall e-mail a courtesy copy of witness lists (to be read to jury venire) to Mac Zentner.

**STANDING TRIAL ORDERS:**

1. The Court will make the jury questionnaires available to the parties at **1:00 p.m.** on **Friday, September 6, 2019**. The jury questionnaires may be picked up from the Clerk's Office. Counsel are advised of the privileged nature of that information and that it shall not be copied or shared with anyone. Jury questionnaires MUST be returned to Denise McDonnell after jury selection.

2. Counsel are to be prepared to use the equipment in the courtroom for evidence presentation. Counsel may contact Denise McDonnell at 318-676-3188 to make arrangements for instruction on the operation of the equipment.

3. Counsel shall familiarize themselves with the local rules for this district.

4. Counsel shall be prepared in the courtroom at **8:30 a.m.** on the **first day of trial**.

