**MINUTE ENTRY**
**AUGUST 15, 2019**
**JUDGE S. MAURICE HICKS, JR.**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 19-00144-01 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| DEANDRAY CHARLES GRANT | MAGISTRATE JUDGE HORNSBY |

In light of the Court's need to reset the jury trial in this matter currently set for Monday, September 9, 2019, the trial is hereby **RESET** for **Tuesday, September 10, 2019**. The trial will be held at the Tom Stagg United States Court House, Shreveport, Louisiana in Courtroom One. All deadlines previously set forth in the Court's minutes from the pretrial conference remain in effect. See Record Document 36.