**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 5:19-CR-00144-01** |
| **VERSUS** | **CHIEF JUDGE HICKS** |
| **DEANDRAY CHARLES GRANT (01)** | **MAGISTRATE JUDGE HORNSBY** |

**MINUTES OF COURT:**
**Arraignment**

| | | | |
|---|---|---|---|
| Date: | August 15, 2019 | Presiding: Magistrate Judge Mark L. Hornsby | |
| Court Opened: | 2:30 p.m. | Courtroom Deputy: | Jill Keller |
| Court Adjourned: | 2:40 p.m. | Court Reporter: | LCR |
| Statistical Time: | 0:10 | Courtroom: | CR3 |

**APPEARANCES**

| | | |
|---|---|---|
| Leon Harrell Whitten standing in for John Aaron Crawford (AUSA) | For | United States of America |
| Sarah Russell Giglio (CJA) | For | Deandray Charles Grant (01), Defendant |
| Deandray Charles Grant (01), Defendant | | |

**PROCEEDINGS**

**PRIOR TO COURT OPENING:**

Judge Hornsby met with counsel prior to the hearing to discuss scheduling.

**ARRAIGNMENT *ON SUPERSEDING INDICTMENT*:**

The defendant waived reading of the Superseding Indictment and entered a plea of not guilty to all counts in which the defendant is named.

All scheduling order deadlines remain in effect.

Previous Order of detention remains in effect.