UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.: 5:19-cr-00144-01 |
| | * | |
| | * | |
| VERSUS | * | 18 U.S.C. § 922(g)(1) |
| | * | |
| | * | CHIEF JUDGE HICKS |
| DEANDRAY CHARLES GRANT | * | MAGISTRATE JUDGE HORNSBY |

---

**ORDER**

---

The foregoing Motion to Enroll Counsel considered:

IT IS HEREBY ORDERED that Jessica D. Cassidy, Assistant United States Attorney, be enrolled as counsel of record for the United States of America.

IT IS FURTHER ORDERED that J. Aaron Crawford, Assistant United States Attorney, remain as lead counsel of record for the United States of America.

IT IS FURTHER ORDERED that Assistant United States Attorney Jessica D. Cassidy be provided with all future filings (including electronic) and notices filed in this matter.

Signed this 30th day of August, 2019, at Shreveport, Louisiana.

Hon. Mark L. Hornsby
United States Magistrate Judge