| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CASE NO. 5:19-CR-00144-01** |
| | **:** | |
| **V.** | **:** | **JUDGE HICKS** |
| | **:** | |
| **DEANDRAY CHARLES GRANT** | **:** | **MAGISTRATE JUDGE HORNSBY** |

**DEFENDANT'S PROPOSED JURY VERDICT FORM**

NOW INTO COURT, comes counsel for Defendant, Deandray Grant, who respectfully provides the following proposed jury verdict form:

COUNT 1

As to the charge contained in Count 1 of the Indictment, Felon in Possession of a Firearm, we, the jury, find the Defendant:

____________NOT GULTY                                        ________________GUILTY

Shreveport, Louisiana, this the _________ day of _____________________, 2019.

_____________________________________
FOREPERSON