UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.: 5:19-cr-00144-01 |
| | * | |
| | * | |
| VERSUS | * | 18 U.S.C. § 922(g)(1) |
| | * | |
| | * | CHIEF JUDGE HICKS |
| DEANDRAY CHARLES GRANT | * | MAGISTRATE JUDGE HORNSBY |

---

**JOINT STIPULATIONS OF FACT**

---

COMES NOW INTO COURT, the United States of America, by and through the United States Attorney and undersigned counsel, the Defendant, **DEANDRAY CHARLES GRANT**, by and through his undersigned counsel, who hereby agree that the jury may accept as proven fact the following joint stipulations:

1. The Defendant, **DEANDRAY CHARLES GRANT**, at the time the offense alleged in Count 1 of the Superseding Indictment, had been previously convicted of a felony offense, to wit: the Defendant had been convicted in a court of a crime punishable by imprisonment for a term in excess of one year.

2. The Defendant, **DEANDRAY CHARLES GRANT**, at the time the offense alleged in Count 1 of the Superseding Indictment, knew he had been previously convicted of a felony offense, to wit: the

Defendant had been convicted in a court of a crime punishable by imprisonment for a term in excess of one year.

3. The DPMS Panther Arms, model: A-15 rifle, caliber: Multi (.556 Nato) as referenced in Count 1 of the Superseding Indictment is a "firearm" as defined in Title 18, United States Code, Section 921(a)(3).

4. The DPMS Panther Arms, model: A-15 rifle, caliber: Multi (.556 Nato) as referenced in Count 1 of the Superseding Indictment traveled in or was affected by interstate commerce.

SARAH GIGLIO
Attorney for the Defendant

DEANDRAY CHARLES GRANT
Defendant

Respectfully submitted,

DAVID C. JOSEPH
United States Attorney

BY: _/s/ J. Aaron Crawford_

J. AARON CRAWFORD, LA Bar No. 31682
JESSICA D. CASSIDY, LA Bar No. 34477
Assistant United States Attorneys
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101
(318) 676-3600/(318) 676-3663 (fax)