| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CASE NO. 5:19-CR-00144-01** |
| | **:** | |
| **V.** | **:** | **JUDGE HICKS** |
| | **:** | |
| **DEANDRAY CHARLES GRANT** | **:** | **MAGISTRATE JUDGE HORNSBY** |

**MOTION IN LIMINE**

NOW INTO COURT, comes counsel for Defendant, Deandray Grant, who hereby requests that certain information be excluded from evidence at the trial of this matter.

1.

Defendant stands charged by Indictment with one count of Felon in Possession of a Firearm, as a result of evidence obtained during a traffic stop.

2.

As a result of the stop, Defendant was also charged with several state law crimes, including: driving with a suspended license, possession of marijuana, resisting an officer, and several gun-related charges.

3.

While the state gun charges are all based on the same facts as the present case, the driving under suspension, possession of marijuana, and resisting are clearly different offenses, for which Mr. Grant does not stand trial in this court.

4.

The introduction of evidence related to these charges would be extremely prejudicial to Defendant.

5.

Federal Rule of Evidence 403 allows exclusion of evidence if its probative value is substantially outweighed by danger of unfair prejudice.

6.

In the present case there is zero probative value in allowing evidence of other crimes for which Defendant stands accused in another jurisdiction, and the risk of unfair prejudice is extremely high.

WHEREFORE, Defendant prays that this Honorable Court issue an order requiring the exclusion of any evidence that references Defendant's state charges for resisting an officer, possession of marijuana, and driving under suspension, whether that is through video/MVS evidence or through live testimony of the witnesses presented by the government, or any other means.

Respectfully submitted,
**GILMER & GIGLIO, LLC**


**/S/ SARAH R. GIGLIO**
**SARAH R. GIGLIO**
**LOUISIANA BAR NUMBER 36272**
3541 YOUREE DRIVE
SHREVEPORT, LOUISIANA 71105
318-459-9111 (TEL)
318-602-4716 (FAX)
EMAIL: SARAH@GILMERGIGLIO.COM


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been forwarded to all Counsel by ECF this date of August 31, 2019.

**GILMER & GIGLIO, LLC**


**/S/ SARAH R. GIGLIO**
**SARAH R. GIGLIO**
**LOUISIANA BAR NUMBER 36272**
3541 YOUREE DRIVE
SHREVEPORT, LOUISIANA 71105
318-459-9111 (TEL)
318-602-4716 (FAX)
EMAIL: SARAH@GILMERGIGLIO.COM