| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 5:19-CR-00144-01** |
| | : | |
| **V.** | : | **JUDGE HICKS** |
| | : | |
| **DEANDRAY CHARLES GRANT** | : | **MAGISTRATE JUDGE HORNSBY** |

**ORDER**

Considering the foregoing Motion in Limine, it is ordered that the motion is granted and the Government is prohibited from introducing any evidence at the trial in this matter related to or mentioning Defendant's state charges of resisting an officer, possession of marijuana, or driving under suspension.

Done and signed this ____________ day of ____________________, 2019.

________________________________

**JUDGE**