UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.: 5:19-cr-00144-01 |
| | * | |
| | * | |
| VERSUS | * | 18 U.S.C. § 922(g)(1) |
| | * | |
| | * | CHIEF JUDGE HICKS |
| DEANDRAY CHARLES GRANT | * | MAGISTRATE JUDGE HORNSBY |

---

**VERDICT FORM**

---

As to the charges contained in Count 1, Possession of a Firearm by a Convicted Felon, we the jury, unanimously find, beyond a reasonable doubt, the Defendant, Deandray Charles Grant:

GUILTY ____________ NOT GUILTY ____________

Shreveport, Louisiana, this _________ day of _________________________, 2019.

______________________________

JURY FOREPERSON