**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 5:19-CR-00144-01** |
| **VERSUS** | **JUDGE HICKS** |
| **DEANDRAY CHARLES GRANT (01)** | **MAGISTRATE JUDGE HORNSBY** |

**MINUTES OF COURT:**
**Jury Trial Day 1**

| | | | |
|---|---|---|---|
| Date: | September 10, 2019 | Presiding: Judge S. Maurice Hicks | |
| Court Opened: | 8:30 A.M. | Courtroom Deputy: | Denise McDonnell |
| Court Adjourned: | 5:35 P.M. | Court Reporter: | Marie Moran Runyon |
| Statistical Time: | 8:00 | | |

**APPEARANCES**

| | | |
|---|---|---|
| John A Crawford (AUSA) | For | United States of America |
| Sarah R Giglio (CJA) | For | Deandray Charles Grant |
| Deandray Charles Grant | | Defendant in Custody |

**PROCEEDINGS**

(X) DEFENDANT PRESENT
(X) JURORS SELECTED AND SWORN TO TRY THE CASE
(X) PRELIMINARY INSTRUCTIONS TO JURORS
(X) WITNESSES SEQUESTERED
(X) OPENING STATEMENTS BY GOVERNMENT AND DEFENDANT
(X) TESTIMONY/EVIDENCE FOR GOVERNMENT COMMENCED AND CONCLUDED
(X) NO TESTIMONY/EVIDENCE PRESENTED BY DEFENDANT
(X) EVIDENCE CLOSED
(X) CASE ARGUED
(X) JURY INSTRUCTED
(X) ALTERNATE JUROR(S) EXCUSED
(X) JURY DELIBERATIONS BEGAN AT 5:04 PM
(X) JURY VERDICT RETURNED AT 5:22 PM
(X) JURY POLLED

**RULINGS, COMMENTS:**

Defendant's [50] Motion in Limine denied prior to presence of jury venire in courtroom.

The Government was made Agent and Custodian of the physical evidence.
Photographs were substituted for the rifle and ammunition.

Defendant's oral Motion for Judgment of Acquittal under Rule 29 was denied.

A charge conference was held outside the jury's presence.

The jury returned a verdict of guilty to the one count Indictment. A presentence investigation was ordered. Sentencing is set for January 6, 2020 at 2:00 PM.

The Defendant, individually and through his counsel, waived any right, title, or interest in the DPMS Panther Arms, Model A-15 Rifle, Caliber: Multi (.556 Nato) and ammunition, and further waived a hearing as to the forfeiture itself.

The defendant was remanded to the custody of the U S Marshal.