**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

**UNITED STATES OF AMERICA** — **CASE NO. 5:19-CR-00144-01**

**VERSUS** — **JUDGE S. MAURICE HICKS, JR.**

**DEANDRAY CHARLES GRANT (01)** — **MAGISTRATE JUDGE HORNSBY**

**EXHIBIT LIST**
**Jury Trial 9/10/19**

**PARTY:** DEFENDANT

| EXHIBIT NUMBER | DESCRIPTION & REMARKS | DATE ADMITTED |
|---|---|---|
| | NO EXHIBITS WERE ADMITTED BY DEFENDANT | |
| | | |