**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

UNITED STATES OF AMERICA — CRIMINAL ACTION NO. 19-00144-01

VERSUS — JUDGE S. MAURICE HICKS, JR.

DEANDRAY CHARLES GRANT — MAGISTRATE JUDGE HORNSBY

**VERDICT FORM**

As to the charges contained in Count 1, Possession of a Firearm by a Convicted Felon, we the jury unanimously find the defendant, DEANDRAY CHARLES GRANT:

**COUNT 1**

Guilty 12 Not Guilty _______

Signed and dated this 10th day of September, 2019 in Shreveport, Louisiana.

JURY FOREPERSON