**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 5:19-CR-00144-01** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **DEANDRAY CHARLES GRANT (01)** | **MAGISTRATE JUDGE HORNSBY** |

## RELEASE OF PHYSICAL TRIAL EXHIBITS

The trial of this matter has been completed and the PDF images of all trial exhibits have been saved in CM/ECF to comply with the mandatory e-filing policy of the Court. Thus, the following physical trial exhibits are hereby released to the US Attorney's Office and the case agent:

| Exhibit # | Description |
|---|---|
| 002-001 | DPMS Panther Arms, Model: A-15 rifle, Caliber: Multi (.556 Nato) |
| 003-001 | Twenty-Eight (28) Rounds of Ammunition |

9/10/19
Date

Denise McDonnell
Denise McDonnell, Courtroom Deputy
Deputy Clerk

## RECEIPT FOR PHYSICAL TRIAL EXHIBITS

I, **STACY COLEMAN, ATF TASK FORCE OFFICER**, acknowledge receipt of all exhibits listed above.

9/10/19
Date

FOR:
**STACY COLEMAN**
**ATF TASK FORCE OFFICER**