**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 5:19-CR-00144-01** |
| **VERSUS** | **JUDGE HICKS** |
| **DEANDRAY CHARLES GRANT** | **MAGISTRATE JUDGE HORNSBY** |

**MINUTES OF COURT:**
**Sentencing**

| | | | |
|---|---|---|---|
| Date: | June 23, 2020 | Presiding: Chief Judge S. Maurice Hicks | |
| Court Opened: | 2:00 PM | Courtroom Deputy: | Denise McDonnell |
| Court Adjourned: | 2:40 PM | Court Reporter: | Marie Runyon |
| Statistical Time: | 00:40 | | |

**APPEARANCES**

| | | |
|---|---|---|
| J Aaron Crawford (AUSA)<br>Jessica D Cassidy | For | United States of America |
| Sarah R Giglio (CJA)<br>Deandray Charles Grant | For | Defendant<br>Defendant in Custody |

**PROCEEDINGS**

Pursuant to the CARES Act, this proceeding was held via videoconference with consent of the parties. The Court finds that the use of videoconference to conduct this proceeding is warranted because this proceeding cannot be further delayed without serious harm to the interests of justice.

Defendant knowingly and voluntarily waived his right to be present for the sentencing hearing and filed [68] Waiver of Rights and Consent to Guilty Plea and/or Sentencing by Video Conference or Telephone Conference. The Court finds that the use of video conference to conduct this proceeding is warranted because this proceeding cannot be further delayed without serious harm to the interests of justice.

The Court adopts the factual findings of the Probation Office as contained in the Presentencing Report and its addendum.

Pursuant to the Sentencing Reform Act of 1984 and in accordance with 18 U.S.C. §3553(a), the defendant is hereby committed to the Bureau of Prisons for a term of 84 months as to Count One. This sentence is to commence immediately. The Court recommends that the Bureau of Prisons designate defendant for participation in the RDAP. The defendant was remanded to the custody of the U.S. Marshal.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 3 years as to Count One.

The defendant was ordered to pay a $100.00 special assessment to the Crime Victim Fund.

The defendant is notified of the right to appeal. If a notice of appeal is filed under 18 U.S.C. §3742, a Review of Sentence, the Clerk is directed to transmit the Presentence Report, under seal, to the Court of Appeals. If defendant wishes to appeal, Sarah Giglio shall file the Notice of Appeal. The Federal Public Defender's Office will be appointed to prosecute said Notice of Appeal.